# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN M. STOLZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY JAIL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-0685 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 13) |

Kaitlyn M. Stolze is confined in Tuolumne County Jail and seeks to hold the defendants liable for violations of her civil rights related to conditions in the facility. The magistrate judge screened the amended complaint pursuant to 42 U.S.C. § 1951A(a) and found Plaintiff failed to state a cognizable claim. (Doc. 11 at 3-11.) The Court granted Plaintiff an opportunity to cure the pleading deficiencies and ordered her to file any second amended complaint within 30 days. (*Id.* at 11.) In the alternative, Plaintiff was informed she could choose to stand on the allegations in her amended complaint, though the magistrate judge would recommend dismissal. (*Id.*)

After Plaintiff failed to file a second amended complaint or otherwise respond to the Court's order, the magistrate judge issued Findings and Recommendations, recommending the case be dismissed without prejudice for failure to prosecute and failure to comply with the Court's order. (Doc. 13.) The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 30 days. (*Id.* at 4.) In addition, the Court advised Plaintiff that

"failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing Wilkerson v. Wheeler, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file any objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed *a de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 2, 2024 (Doc. 13) are **ADOPTED** in full.
2. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with Court's orders.[1]
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 8, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] "[W]hen (1) a district court dismisses a complaint on the ground that it fails to state a claim, (2) the court grants leave to amend, and (3) the plaintiff then fails to file an amended complaint, the dismissal counts as a strike under § 1915(g)." *Harris v. Mangum*, 863 F.3d 1133, 1143 (9th Cir. 2017).  Thus, this dismissal qualifies as a strike under Section 1915(g).